UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN (DETROIT)

| | |
|---|---|
| **United States of America**, <br><br> Plaintiff, <br><br> v. <br><br> **Marcos Antonio Monarrez**, <br><br> Defendant. | CR21-20747-TGB-KGA-7 <br><br> **ORDER** |

The Court having received the foregoing Stipulated Motion to Substitute Counsel and good cause appearing;

IT IS HEREBY ORDERED that Stephen G. Ralls, may be substituted in the place of Richard J. Suzuki in the above action matter for all future proceedings.

DATED this 1st day of March, 2022

/s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE