UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

          Plaintiff,

v.

D-7 Marcos Monarrez,

          Defendant.

Crim. No. 21-20747

Hon. Terrence G. Berg
U.S. District Judge

## Index of Exhibits

Exhibit 1 - cellphone photo date taken 3.20.20
Exhibit 2 - cellphone photo date taken 7.13.21
Exhibit 3 - cellphone photo date taken 7.15.2021
Exhibit 4 - cellphone photo date taken 8.2.2021
Exhibit 5 - cellphone photo date taken 8.18.2021
Exhibit 6 - cellphone photo date taken 8.19.2021
Exhibit 7 - cellphone photo date taken 8.19.2021 (2)