
Alexander
McQUEEN