UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

| | |
|---|---|
| **United States of America**, | CR21-20747-TGB-KGA-7 |
| Plaintiff, | |
| v. | Hon. Terrence G. Berg |
| **Marcos Antonio Monarrez**, | |
| Defendant, | |

**Motion to Revoke Conditions of Release *Nunc Pro Tunc* to January 11, 2023**

Marcos Antonio Monarrez, through undersigned counsel, moves to revoke his conditions of release, *nunc pro tunc,* to January 11, 2023. The Government does not oppose revocation of his conditions of release. The Government does oppose the *nunc pro tunc* modification.

*s/ Richard "Alex" Coomer*
RICHARD ALEXANDER COOMER
Attorney for Marcos Monarrez

**Ralls & Wille, P.C.**
314 South Sixth Avenue
Tucson, Arizona 85701
(520) 884-1234
AZ Bar #031942
alex@rallslawoffice.com

**BRIEF IN SUPPORT OF MOTION TO REVOKE:**

On May 4, 2022, this Court released Mr. Monarrez on conditions. Condition One stated that Mr. Monarrez's release is subject to the condition that he "not violate federal … law while on release." [ECF Doc. 161, Page 1 of 5.]

On January 11, 2023, Mr. Monarrez was arrested in Phoenix, Arizona on new criminal allegations. This new offense was charged out of the Western District of Pennsylvania. Mr. Monarrez is presently held in custody in a federal jail in Florence, Arizona and is pending removal to the Western District of Pennsylvania.

Due to this new indictment against Mr. Monarrez, probable cause has been established that Mr. Monarrez has violated Condition One of his release conditions. *See* 18 U.S.C. § 3148 (b)(1)(A). In turn, the Defense and the Government both agree it is appropriate to revoke his conditions of release. Further, Mr. Monarrez is willing to waive his right to a hearing in the present matter and allow the Court to make this specific judicial finding that his conditions of release be revoked. *Id.*

The only present issue that the parties do not agree upon is whether that date of arrest shall be applied, *nunc pro tunc*, for purposes of when revocation occurred. The Government has informed the Defense that it opposes release conditions being revoked *nunc pro tunc* to January 11, 2023.

The Defense position is that Mr. Monarrez should be entitled to the days he has spent in custody because he has actually been held in custody since

January 11, 2023, he is waiving his right to a hearing on revocation of release conditions, he is not contesting revocation of his release conditions, and the sum of these decisions within his power saves the Government and Judiciary valuable resources.

## CONCLUSION:

Accordingly, the Defense moves to revoke Mr. Monarrez's conditions of release and to order that the revocation of release date be January 11, 2023, *nunc pro tunc*.

Respectfully submitted on February 10, 2023.

*s/ Richard "Alex" Coomer*
RICHARD ALEXANDER COOMER
Attorney for Marcos Monarrez

**Ralls & Wille, P.C.**
314 South Sixth Avenue
Tucson, Arizona 85701
(520) 884-1234
AZ Bar #031942
alex@rallslawoffice.com

Certificate of Service

I hereby certify that on February 10, 2023, I electronically transmitted/hand delivered the attached document to the Clerks' Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing/or hand delivered the following CM/ECF registrants:

ECF Participants.

By:   R. Alex Coomer
5835/Motion to Revoke Conditions of Release