UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Plaintiff,  vs.  **MARCOS MONARREZ,**  Defendant. | 2:21-CR-20747-TGB-KGA  HON. TERRENCE G. BERG  **ORDER REVOKING BOND** |

On May 4, 2022, the Court released Defendant Marcos Monarrez on bond. *See* ECF No. 161. As a condition of his release, Defendant Monarrez was not to engage in any illegal activity. *Id.* at PageID.600. But on January 11, 2023, Defendant Monarrez was arrested on new criminal charges filed in the United States District Court for the Western District of Pennsylvania.[1] ECF No. 217, PageID.876.

Monarrez acknowledges that probable cause has been established that he has violated his release conditions. ECF No. 217, PageID.876. He waives his right to a detention hearing and asks the Court to find that he has violated his conditions and that his bond should be revoked. *Id.*

The only dispute is whether this revocation should be retroactive to the date of Defendant Monarrez's original arrest on January 11, 2023.

---

[1] That case appears to be *United States v. Monarrez-Mendoza*, Case No. 22-00021.

1

Monarrez argues that it should be, because he has been actually held in custody since that date, and is entitled to credit for the time he has been in jail. *Id.* at PageID.876-77. He also argues that, by waiving his right to a hearing, he is conserving judicial resources and the government's time.

The government concurs in Monarrez's request for revocation. *See* ECF No. 223, PageID.895. It opposes his request that the effective date of the revocation be considered January 11, 2023. *Id.* But while "the Government does not believe such relief is appropriate," it does not explain its opposition, and merely states that it will leave the issue to the Court's discretion.[2] *Id.*

In light of the above and after a review of the docket in the case against Mr. Monarrez filed in the Western District of Pennsylvania, the Court finds that probable cause exists to believe that Defendant Monarrez violated the conditions of his bond by engaging in new criminal activity. Accordingly, Monarrez's bond is **REVOKED**. The effective date of that revocation shall be January 11, 2023 to reflect the actual time Mr. Monarrez has spent in custody.

**SO ORDERED** this 12th day of July, 2023.

BY THE COURT:
/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge

---

[2] Though the government's response was a few days late, the filing is accepted.